## **SCHEDULE A**



1



SCHEDULE A