Angela Jarman

Plaintiff,

v.

Case No.:
1:25−cv−09595

Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified in Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 14, 2025:

      MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time to answer [17] is granted, and no appearance is necessary. Defendant GallaRato has until 12/4/25 to respond to the complaint. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.